HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXIS WADE, on behalf of herself and all others similarly situated,

                    Plaintiff,

    v.

ELEMIS USA, INC.

                    Defendant.

Case No. C26- 0515-KKE

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR:
February 17, 2026

Plaintiff Alexis Wade and Defendant Elemis USA, Inc. stipulate that Defendant shall have until March 18, 2026, to answer or otherwise respond to Plaintiff's complaint. Defendant's answer or responsive motion is currently due to this Court on February 19, 2026, pursuant to Fed. R. Civ. P. 81(c).

1.    On or about January 13, 2026, Plaintiff filed a putative class action complaint against Defendants captioned *Wade v. Elemis USA, Inc.* in King County Superior Court.

2.    On February 12, 2026, Defendant filed a Notice of Removal to this Court.

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3.      The deadline for Defendant to answer or otherwise respond to the Complaint in this Court is February 19, 2026, pursuant to Fed. R. Civ. P. 81(c).

4.      The Parties have conferred and have agreed to extend the Defendant's deadline to answer or otherwise respond to the Complaint to March 18, 2026, and consent to the entry of the attached proposed order. As no case scheduling order has been entered, this relief will not affect any other court deadlines.

STIPULATED this February 16, 2026.

By: s/ Peter A. Talevich

Peter A. Talevich, WSBA #42644
Abraham M. Weill, WSBA #58663
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Telephone:  (206) 623-7580
Email: peter.talevich@klgates.com
             abe.weill@klgates.com

Ronie M. Schmelz, *Pro Hac Vice* pending
Avril G. Love, *Pro Hac Vice*
10100 Santa Monica Blvd., Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Email: ronie.schmelz@klgates.com
             avril.love@klgates.com

*Attorneys for Defendant Elemis USA, Inc.*

By: s/ Samuel J. Strauss

Samuel J. Strauss, WSBA #46971
Raina C. Borrelli
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
             raina@straussborrelli.com

Lynn A. Toops
Natalie A. Lyons
Ian R. Bensberg
COHENMALAND, LLC
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com
             nlyons@cohenmalad.com
             ibensberg@cohenmalad.com

Gerard J. Stranch, IV
Michael C. Tackeff
Andrew K. Murray
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Nashville, TN 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com
        mtackeff@stranchlaw.com
        amurray@stranchlaw.com

*Attorneys for Plaintiff Alexis Wade*

## ORDER

Pursuant to the parties' stipulation, it is so ordered. Defendant Elemis USA, Inc. will answer or otherwise respond to Plaintiff Alexis Wade's complaint on or before March 18, 2026.

DATED this 17th day of February, 2026.

Kymberly K. Evanson
United States District Judge

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022