HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXIS WADE, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ELEMIS USA, INC.

Defendant.

Case No. 2:26-cv-00515-KKE

ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

NOTE ON MOTION CALENDAR:
March 13, 2026

Plaintiff Alexis Wade and Defendant Elemis USA, Inc. (together, the "Parties") stipulate that Defendant shall have until March 27, 2026, to answer or otherwise respond to Plaintiff's complaint. Defendant's answer or responsive motion is currently due to this Court on March 18, 2026.

1.     On or about January 13, 2026, Plaintiff filed a putative class action complaint against Defendants captioned *Wade v. Elemis USA, Inc.* in King County Superior Court.

2.     On February 12, 2026, Defendant filed a Notice of Removal to this Court.

SECOND STIPULATED MOTION TO
EXTEND ANSWER DEADLINE - 1
1608412838.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

3.      The Parties then agreed and stipulated to move this Court to extend the deadline for Defendant to answer or otherwise respond to the Complaint in this Court from February 19, 2026, to March 18, 2026, which this Court granted.

4.      The Parties have conferred and have agreed to extend the Defendant's deadline to answer or otherwise respond to the Complaint to March 27, 2026, and consent to the entry of the attached proposed order. This relief will not affect any other court deadlines.

STIPULATED this March 13, 2026

By: s/ *Peter A. Talevich*

Peter A. Talevich, WSBA #42644
Abraham M. Weill, WSBA #58663
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104-1158
Telephone:  (206) 623-7580
Email: peter.talevich@klgates.com
abe.weill@klgates.com

Ronie M. Schmelz, admitted *Pro Hac Vice*
Avril G. Love, admitted *Pro Hac Vice*
10100 Santa Monica Blvd., Eighth Floor
Los Angeles, CA 90067
Telephone: (310) 552-5000
Email: ronie.schmelz@klgates.com
avril.love@klgates.com

*Attorneys for Defendant Elemis USA, Inc.*

By: s/ *Samuel J. Strauss*

Samuel J. Strauss, WSBA #46971
Raina C. Borrelli
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Email: sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops
Natalie A. Lyons
Ian R. Bensberg
COHENMALAND, LLC
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Email: ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

Gerard J. Stranch, IV
Michael C. Tackeff
Andrew K. Murray
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200

SECOND STIPULATED MOTION TO
EXTEND ANSWER DEADLINE - 2
1608412838.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Nashville, TN 37203
Telephone: (615) 254-8801
Email: gstranch@stranchlaw.com
mtackeff@stranchlaw.com
amurray@stranchlaw.com

*Attorneys for Plaintiff Alexis Wade*

## ORDER

Pursuant to the parties' stipulation (Dkt. No. 24), it is so ordered. Defendant Elemis USA, Inc. will answer or otherwise respond to Plaintiff Alexis Wade's complaint on or before March 27, 2026.

DATED this 13th day of March, 2026.

Kymberly K. Evanson
United States District Judge

SECOND STIPULATED MOTION TO
EXTEND ANSWER DEADLINE - 3
1608412838.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022