HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXIS WADE, on behalf of herself and all others similarly situated,

Plaintiff,

v.

ELEMIS USA, INC.

Defendant.

Case No. 2:26-cv-00515-KKE

**DECLARATION OF STEPHANIE VANEGAS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE CERTAIN ALLEGATIONS OF PLAINTIFF'S COMPLAINT**

NOTE ON MOTION CALENDAR:
April 24, 2026

DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE CERTAIN ALLEGATIONS OF PLAINTIFF'S COMPLAINT - 1
1608412838.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## DECLARATION OF STEPHANIE VANEGAS

I, Stephanie Vanegas, declare as follows:

1.	I am the Director of E-Commerce at Elemis USA, Inc. ("Elemis"), defendant in the above captioned action (the "Action"). Neither I nor Elemis consent to the exercise of jurisdiction over us by the courts of the State of Washington in the Action. I offer this declaration as a special appearance for the sole purpose of supporting Elemis' Motion to Dismiss or, in the alternative, Motion to Strike filed concurrently herewith. Unless indicated otherwise below, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2.	I have been employed as Director of E-Commerce of Elemis since February 2025. I work at Elemis' United States headquarters located in New York, New York. My job responsibilities involve planning the details of e-commerce promotions and website experience. As part of my responsibilities, I oversee the E-Commerce team which is responsible for the planning, implementation, and execution of Elemis' email marketing campaigns. In December 2025, I temporarily assumed the responsibilities of Elemis Vice President of Digital Channels, responsibilities I currently hold during the ongoing maternity leave of the individual who ordinarily holds that position. In these positions, I have access to and am familiar with the business records and information systems of Elemis supporting and/or reflecting the facts set forth below.

3.	Elemis, a British skincare brand that markets cosmetic products in the United States, is a corporation formed under the laws of the State of Florida. Based on information and belief, since at least 2015 or 2016, Elemis has been headquartered in New York City, New York (its "Headquarters"), which is where the majority all of Elemis' full-time employees work.

4.	The following Elemis personnel and functions (among others) are located at

DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, STRIKE CERTAIN ALLEGATIONS OF
PLAINTIFF'S COMPLAINT - 2
1608412838.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Elemis' New York City Headquarters:

      a. Elemis' top executives, including its President North America, Vice President of Finance & Planning, Senior Vice President of Marketing, and Senior Vice President of Sales, Vice President of Digital Channels, Director of E-Commerce, and other senior officers;

      b. Elemis' corporate decision-making, planning, and execution; and

      c. Elemis' finance, human resources, and marketing.

5. Elemis' information technology department is located in Bristol, England.

6. Elemis markets cosmetic products to American consumers through its brand website and partnerships with various third-party retailers. Elemis does not have and never has had any brick-and-mortar stores or other physical locations in the State of Washington.

7. Based on my experience since joining Elemis, since at least 2019, Elemis has used marketing emails as part of its overall marketing strategy. Elemis sends marketing emails about a myriad of subjects, such as new products, seasonal product promotions, and sales, to U.S. consumers who sign up to receive marketing emails.

8. Elemis offers all U.S. consumers the option to receive its marketing emails. The offers appear on Elemis' website and in its social media advertising. Elemis does not send emails to consumers unless they sign up to receive Elemis marketing emails. When consumers sign up for email marketing, Elemis does not ask them to provide a postal address. Rather, consumers only provide their email address, although they may optionally also provide their name and telephone number.

9. When Elemis designs email marketing campaigns to promote limited-time sales, such as those at issue in the Action, it does so by targeting different segments of consumers based on numerous criteria, such as their purchase or browsing history (if known). As part of Elemis' ordinary marketing strategy, all such campaigns are directed to consumers' email

DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, STRIKE CERTAIN ALLEGATIONS OF
PLAINTIFF'S COMPLAINT - 3
1608412838.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

addresses but are not planned or executed based on the recipient's geographic location or state of residence.

10.    I conducted a search of Elemis' systems for records relating to the name "Alexis Wade," and found one associated email address. Those records reflect that Ms. Wade signed up to receive marketing emails from Elemis in August 2025. At some point, Ms. Wade also provided consent to receive text messages, however, Elemis has no record of any phone number for Ms. Wade and no record of any text message ever having been sent to her. Nor does Elemis have any record of Ms. Wade's having made any purchases from Elemis website.

11.    Prior to being served with a copy of the complaint in this Action, Elemis had no information about Plaintiff's postal address or state of residence. The company only learned Ms. Wade is an alleged resident of the State of Washington from the complaint.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct and that this Declaration is executed on this 27th day of March in New York, New York.

Signed by:

_Stephanie Vanegas_
3B655E9551BE407...

Stephanie Vanegas

DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, STRIKE CERTAIN ALLEGATIONS OF
PLAINTIFF'S COMPLAINT - 4
1608412838.1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022